**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                                   :

                                :

                   Government,       :        26 Cr. 45 (RMB)

                                :

       - against -                         :        **ORDER**

                                :

                                :

DANIEL AGOSTO,                          :

                                :

                  Defendant.      :

------------------------------------------------------------------x

      An initial conference will be held on February 11, 2026 at 11:30 A.M. in Courtroom 17B.

Dated: February 9, 2026
      New York, NY

                               **RICHARD M. BERMAN**
                                   **U.S.D.J.**