UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                          Government,              26 Cr. 45 (RMB)

          - against-                               **ORDER**

DANIEL AGOSTO,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The status conference scheduled for May 13, 2026 at 12:00 P.M. will take place in

Courtroom 17B.

Dated: May 8, 2026
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.