**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,              :

                                   :

              Government,      :      26 CR. 45 (RMB)

                                   :

      - against -                :      **<u>ORDER</u>**

                                   :

                                   :

DANIEL AGOSTO,                  :

                                   :

             Defendant.       :
---------------------------------------------------------------x

The plea hearing previously scheduled for Tuesday, June 9, 2026 at

2:00 P.M. is hereby rescheduled to Monday, June 8, 2026 at 2:00 P.M.

This proceeding will be held in Courtroom 17B.


Dated: June 3, 2026
      New York, NY

                                             _____

                                             RICHARD M. BERMAN
                                               U.S.D.J.