**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- ---------------------------------- x

UNITED STATES OF AMERICA,

Government,

- against-

DANIEL AGOSTO,

Defendant.

- ---------------------------------- x

26 Cr. 45 (RMB)

**ORDER**

The parties submitted a joint letter dated August 8, 2026 requesting an extension of the sentencing submission deadlines by one week for the defense and one day for the Government. Dkt. No. 23. The parties state that "they have not yet received the final presentence report from probation." *Id.*

To give the parties and the Court time to review the presentence investigation report, sentencing is adjourned from September 9, 2026 to September 23, 2026 at 11:00 a.m. in courtroom 17B. The defense submission shall be submitted by September 2, 2026. The Government submission shall be submitted by September 9, 2026.

Dated: August 25, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**