**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Government, | : | 26 CR. 45 (RMB) |
| - against - | : | **<u>ORDER</u>** |
| DANIEL AGOSTO, | : | |
| Defendant. | : | |

The sentencing scheduled for Wednesday, September 23, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 18, 2026
New York, NY

RICHARD M. BERMAN
U.S.D.J.